UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN RIVER TRANSPORTATION CO., LLC, AS OWNER AND OPERATOR OF THE M/V LOUISIANA LADY, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: <br><br> SECTION:          DIVISION: <br><br> JUDGE <br><br> MAGISTRATE JUDGE |

## AD INTERIM STIPULATION FOR VALUE

WHEREAS, a Complaint has been filed in this Honorable Court by American River Transportation Co, LLC ("ARTCO") as owner and operator of the M/V LOUISIANA LADY, praying for exoneration from and limitation of liability, pursuant to the provisions of Title 46, United States Code, Sections 30501 *et seq.* for the reasons and causes set forth in the aforementioned Complaint; and

WHEREAS, ARTCO wishes to provide an Ad Interim Stipulation representing its interest in the aforesaid vessel and her pending freight, as security for all claims arising out of its voyage on September 3, 2017.

NOW, THEREFORE, in consideration of the foregoing, ARTCO hereby undertakes to satisfy and pay any final judgment or settlement rendered herein against the M/V LOUISIANA LADY, in rem, in the sum of TWO MILLION THREE HUDRED SEVENTY-NINE THOUSAND AND 00/100 ($2,379,000.00) DOLLARS with interest at the rate of six percent (6%) per annum, from the date hereof;

ARTCO will abide by the further orders of the Court herein, and will pay into the Court, whenever so ordered, the amount or value of ARTCO's interest in the M/V LOUISIANA LADY and her pending freight, if any, with 6% per annum interest from the date hereof, or will file in this

proceeding, a bond with approved surety in the usual form in said amount; and pending the payment of the amount of ARTCO's interest in the M/V LOUISIANA LADY and here pending freight, if any, this Stipulation shall stand for security for all claim in said proceeding.

Thus, done and executed this 1st day of March, 2018

AMERICAN RIVER TRANSPORTATION CO., LLC

_____
DAVID M. FLOTTE, Its Attorney