UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN RIVER TRANSPORTATION, CO., LLC, AS THE OWNER AND OPERATOR OF THE M/V LOUISIANA LADY, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO: 18-2186<br><br>SECTION: "S" (2) |

ORDER & REASONS

**IT IS HEREBY ORDERED** Claimants'/Third-Party Plaintiffs' **Motion to Extend Jurisdictional Discovery Cut-off** (Rec. Doc 144) is **GRANTED**.

Following the filing of a motion to dismiss for lack of personal jurisdiction filed by third-party defendant LG Chem America, Inc's (LGCAI), this court granted claimants a cut-off date to conduct discovery related to personal jurisdiction over LGCAI, which, due to several extensions, was extended until September 28, 2020. The challenges of the COVID-19 pandemic have been responsible in part for the extensions. Claimants now seek an additional extension of 90 days, and defendant LGCAI opposes the extension.

It was determined through discovery that two entities, BTB Networks, Inc. and Green Battery Technologies LLC, did not purchase lithium-ion batteries from LGCAI, but only from its parent company, LG Chem Ltd. For this reason, LGCAI argues that no further discovery is necessary. However, during discovery, other entities were identified for which discovery requests have been made and remain unsatisfied, and for which claimants intend to notice depositions and issue subpoenas. While claimants' request does not recite the specific facts it seeks to establish via this discovery, they aver that the requested extension is essential to address the personal jurisdictional issue related to LGCAI. They further aver that the extension will not

affect the trial date or the court's current scheduling and case management orders.

The court finds that considering the totality of the circumstances, a 90-day day extension is justified, and accordingly,

**IT IS HEREBY ORDERED** Claimants'/Third-Party Plaintiffs' **Motion to Extend Jurisdictional Discovery Cut-off** (Rec. Doc 144) is **GRANTED**, and the cut-off for jurisdictional discovery is extended until **December 28, 2020**.

New Orleans, Louisiana, this  19th   day of October, 2020.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE